|   |   |
|---|---|
| **TIFFANY & BOSCO** P.A. | **IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.** The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.  **Dated: December 08, 2009** |

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

_____
**RANDOLPH J. HAINES**
**U.S. Bankruptcy Judge**
_____

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-28180/188372-7

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:09-bk-17460-RJH |
| Bonita Y. McFadden and Phillip A. McFadden<br>    Debtors. | Chapter 7 |
| Dollar Bank Servicing Center<br>    Movant,<br>  vs. | ORDER<br><br>(Related to Docket #16) |
| Bonita Y. McFadden and Phillip A. McFadden, Debtors, Brian J. Mullen, Trustee.<br><br>    Respondents. | |

Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated February 11, 2003 and recorded in the office of the

Allegheny County Recorder wherein Dollar Bank Servicing Center is the current beneficiary and Bonita Y. McFadden and Phillip A. McFadden have an interest in, further described as:

All that certain lot or parcel of ground situate in the Borough of Avalon, County of Allegheny and Commonwealth of Pennsylvania, being Lot NOS. 8 and 9 in the Spruce Run Plan of Lots, and unrecorded Plan prepared for Charles A. Rosell and Samuel Palm by Albert J. Burgert, Registered Engineer, said Plan being dated September 25, 1948, and More Particularly bounded and described as follows, to wit:

Parcel 1:

BEGINNING at a point on the Southery line of Spruce Run Road, a 33 foot Street, said point being distant 69 degrees, 59' West, 280 feet from the Southwest corner of Spruce Run Road and North Ohio Street; thence continuing along the Southerly line of Spruce Run Road, North 69 degree, 59' West, a distance of 40 feet to the dividing line between Lots NOS 8 and 9 in said Plan; thence South 20 degrees, 01' West, along the last mentioned dividing line a distance of 145.75 feet to the Northerly line of Ravine Alley; thence along the Northerly line of Ravine Alley South 72 degrees, 45' East, a distance of 40.05 (Deed= 40.00 Feet) feet to the dividing line between Lots NOS. 7 and 8 in said Plan; thence North 20 degrees, 01' East along the last mentioned dividing line a distance of 143.82 feet to the Southerly line of Spruce Run Road, at the point of beginning.

Being designated as Block 214-L, Lot 238 in the Deed Registry Office of Allegheny County, Pennsylvania.

Parcel 2:

BEGINNING at a point on the Southery line of Spruce Run Road, a 33 foot Street, said point being distant 69 degrees, 59' West, 320 feet from the Southwest corner of Spruce Run Road and North Ohio Street; thence continuing along the Southerly line of Spruce Run Road, North 69 degree, 59' West, a distance of 40 feet to the dividing line between Lots NOS. 9 and 10 in said Plan; thence South 20 degrees, 01' West, along the last mentioned dividing line a distance of 147.68 feet to the Northerly line of Ravine Alley; thence along the Northerly line of Ravine Alley South 72 degrees, 45' East, a distance of 40.05 (Deed= 40.00 Feet) feet to the dividing line between Lots NOS. 8 and 9 in said Plan; thence North 20 degrees, 01' East along the last mentioned dividing line a distance of 145.75 feet to the Southerly line of Spruce Run Road, at the point of beginning.

Being designated as Block 214-L, Lot 237 in the Deed Registry Office of Allegheny County, Pennsylvania.

This legal description is in accordance with that certain Survey prepared by Henry J. Martone, Registered Surveyor, dated February 7, 2003, at Drawing Number F-7100.

Subject to restrictions, reservations, easements, conditions, covenants and rights of way as contained in prior instruments of record.

Being the same premises granted and conveyed to the Mortgagor herein by Deed from Robert Wyatt, Administrator of the Estate of Ernest C. Wyatt, Deceased. Said Deed and this Mortgage to be recorded simultaneously.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this \_\_\_\_ day of _____, 2009.

JUDGE OF THE U.S. BANKRUPTCY COURT